UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TAMBERLY SUE YATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 2:09-CV-284 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

ORDER

After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], concerning plaintiff's application for attorney's fees, [Doc. 21], under Title 42 United States Code section 406(b), it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion is GRANTED, [Doc. 21]. Accordingly, it is hereby ORDERED a fee in the amount of $411.50 be awarded.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE